F 1

Honorable Juez caterine cardone;
me dirijo a su persona con mucho respeto
para solicitar lo siguiente.

FILED
2020 OCT -9 PM 4:26
CLERK U.S. DISTRICT CLERK
ESTERN DISTRICT OF TEXAS
BY _____ Fm
    DEPUTY

nombre: José Rodolfo Escajeda
Fecha de nacimiento: 01-27-77
Lugar de nacimiento: Juárez chihuahua Mexico

Cargos: conspiración para importar 1,000 Kilogramos o más de mariguana.

Cargos: conspiración para importar 5 Kilogramos o más de cocaina.

caso # EP-06-CR-2507-KC (2)

Fecha de Sentencia 3-01-12

yo José Rodolfo Escajeda fui sentenciado ah 35 años de Prición.

tengo en Prición 11 años y 26 dias

Fecha de arresto 4-de septiembre del 2009

Honorable Jueza caterine cardone le escribo esta carta Para solicitarle la salida de compacion Por el covid-19.

ya que aqui en la Pricion que me encuentro eh avido casos de covid-19, tambien me eh dado cuenta y estoy muy Preocupado Porque las cosas están muy graves en algunas Priciones del Bop, estoy enterado de que mucha Jente se esta contagiando y esta muriendo dentro de las Priciones, y estoy sumamente preocupado Por la enfermedad que Padesco desde el Año 2012 me detectaron deabetes tipo 2 los expertos en la salud dicen que los que Padecemos deabetes somos los más bulnerables a morir Por covid-19. Por esta razon le envio esta Peticion Porque temo Por mi vida tengo temor a contagiarme de covid-19 y morir dentro de Pricion. le solicito compacion en este tiempo 2 familiares se contajiaron de covid-19 mi hija Alexia Escajeda estubo muy grave en el paso,TX  mi Primo Kiko Escajeda fallecio de covid-19 en san Antonio T

tambien quiero comentarle que yo mantengo una estrecha relación con mi familia e hijos. tengo 6- hijos Alexia Escajeda de 24 años de edad, Ariadne Escajeda de 18 años de edad Nadia Escajeda de 18 años de edad, Rudy Escajeda de 17 años de edad, Richie Escajeda de 17 años de edad e Isabella Escajeda de 9 años de edad. todos ellos estan enpleno crecimiento y me necesitan mucho, estoy muy preocupado por ellos tengo miedo de que no sepan cuidarse bien de la pandemia y que les pase algo malo a ellos. ellos me necesitan necesitan el apoyo del Padre lamentablemente ellos an crecido sin Papá yo quiciera estar con ellos Para Sacarlos Adelante que estudien y salgan adelante quiero ayudarlos Para que terminen sus estudios quiero estar al pendiente de ellos Para ayudarles en todo lo que necesiten en la vida.

Honorable Juez Cardone, ya tengo 11 años y 26 dias en Pricion yo creo que ya estoy listo Para reincorporarme ala sociedad Por eso le pido una oportunidad yo deseo y quiero ser una buena Persona de bien, ser un Padre que vela Por el bienestar de sus hijos,

#4

y sacarlos Adelante.
quiciera un dia estar Pronto con mi familia.

Honorable Juez caterine cardone quiero comentarle que estoy totalmente arrepentido de los delitos que yo cometi.
Porfabor deme una opurtunidad se lo Pido de todo corazón. yo José Rodolfo Escajeda. me comprometo a nunca más bolver a cometer algun delito no quiero nunca más bolver ala Pricion. Por ningun delito. Pido una sola opurtunidad. en el tiempo que tengo en Pricion trato todos los dias de ser mejor Persona ayudando alos demas y ami familia. dando buenos consejos. yo anhelo Poder algun dia Poder convivir con todos mis hijos decirles que ellos son lo más Importante de mi vida y que quiero que sean hombres de bien que acaben todos sus estudios y trabajen honrradamente.
honorable Jueza, yo aqui en la Pricion eh estado todo este tiempo asiendo muchos Programas y me dedico aser targetas Para todo tipo de ocacion.

2

\#5

estoy asiendo mi tiempo sin meterme en problemas, me mantengo entretenido asiendo buenas cosas tambien participo en todos los programas que puedo.
todos los años Participo dando clases de Air Brush y cards designs enseñando alos presos.
yo trato de ablar con mis hijos lo más que puedo para saber como van en la escuela y darles consejos de que estudien estoy pendiente todos los dias de ellos, aunque yo y la mama de mis hijos ya no estamos juntos mantenemos una buena comonicación por el bien de nuestros hijos.

Honorable Jueza caterine cardone,
todos los dias trato de ser mas buena Persona, tengo Planes para cuando yo salga de prición quiero incorporarme a una Iglecia cristiana y participar en todos los servicios con la Jente y aser actividades Para ayudar alos que más necesitan y trabajar onrradamente. tambien quiero comentarle que de la multa que me puso la corte estoy Pagando mes con mes 50 dll yo quiciera pagar ya todo Pero tengo los gastos, →

\# 6

del colegio de dos de mis hijas pero yo me comprometo a pagar todo en abonos.

Honorable Jueza caterine cardone
le pido compacion por mi persona,
yo los unicos delitos que cometi fueron
2 delitos, uno es por mariguana y el otro
por cocaina, la mariguana ya esta catalogada
como de minima peligrocidad, al igual la
cocaina esta catalogada de baja peligrocidad
le pido consideracion y compacion encaso
de que decidiera reducir mi sentencia algun dia.

Por su atencion y cooperacion al respecto
de Antemano muchas gracias.

Att: José Rodolfo Escajeda.        9-30-2020

José Escajeda
#69445-280
Federal correctional Institution Phoenix
37910 N. 45th ave.
Phoenix, Az 85086

United States district court
Western district of Texas
525 magoffin ave.
Suite 105
El Paso, TX 79901