**FILED**

MAY 03 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT COURT
BY _____ WESTERN DISTRICT OF TEXAS
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE**
western **DISTRICT** court

El paso, | Texas

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff/Respondent**<br><br>v.<br><br>José Rodolfo Escajeda<br>**Defendant/Petitioner** | **CASE NUMBER:** EP-06-CY-2507-KC(2)<br>**U.S.D.C. No.** 69445-280<br>**MOTION FOR REDUCTION OF SENTENCE, PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2) AND U.S.S.G. § 1B1.10** |

José Rodolfo Escajeda

NOW COMES, the Petitioner, José Rodolfo Escajeda Petitioner PRO-SE, moving this Honorable Court for a reduction of sentence. This motion is made pursuant to Title 18 U.S.C. § 3582(c)(2) and is based on a sentencing range that has subsequently been changed by the United States Sentencing Commission pursuant to Title 28 U.S.C. § 994(o), that calls for a maximum base offense level of 38, as amended on August 24, 2023 and that has been made retro-active explicitly by the amendment in effect on February 1, 2024 U.S.S.G. § 1B1.10.

This motion is based on the records and transcripts of the above entitled case, and any other evidence that this Honorable Court wishes to include in its ruling on this motion.

Date: 3-1-2024

Respectfully submitted,

José Rodolfo Escajeda

# UNITED STATES DISTRICT COURT
### for the

United States of America      )
        v.          )
                  )   Case No:
                  )   USM No:
                  )

Date of Original Judgment:            )
Date of Previous Amended Judgment:    )
*(Use Date of Last Amended Judgment if Any)*      *Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
     ☐ DENIED.    ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____      shall remain in effect.
**IT IS SO ORDERED.**

Order Date: _____                          *Judge's signature*

Effective Date: _____                    *Printed name and title*
      *(if different from order date)*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:
CASE NUMBER:
DISTRICT:

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: | Amended Total Offense Level: | |
| Criminal History Category: | Criminal History Category: | |
| Previous Guideline Range: _____ to _____ months | Amended Guideline Range: _____ to _____ months | |

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III. FACTORS CONSIDERED UNDER USSG § 1B1.10 AND 18 U.S.C. § 3553(a) *(See Chavez-Meza v. United States, 138 S.Ct. 1959 (2018))*

# CERTIFICATE OF SERVICE

I, _José Rodolfo Escajeda_ hereby certify that I have served a true and correct copy of the following:

motion for reduction of sentence, pursuant to title 18 U.S.C §3582 (c) (2) and U.S.S.G §1B1.10

Which is deemed filed at the time it was delivered to prison authorities for forwarding, **Houston v. Lack**, 101 L.Ed.2d 245 (1988), upon the defendant/ defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to:

United States District court
Western District
El Paso Division
525 Magoffin Ave.
Suite 105 El Paso, Tx 79901

and deposited same in the United States Mail at the Federal Correctional Institution, FCI. Victorville Medium I P.O Box 3725 Adelanto, CA 92301

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this __3__ day of __March__, 20__24__.

_José Rodolfo Escajeda_

José Rodolfo Escajeda
#69445-280
FCI Victorville Medium I
P.O Box 3725
Adelanto CA 92301

#1

Honorable Juez KaTHLeen cardone me dirijo a su persona con todo respeto Para explicar lo siguiente...

quiero Decir que el abogado francisco macias ya no me representa en el caso orita en este momento yo me represento solo por mi Propia Persona. el abogado francisco macias nunca iso nada en mi caso y no me represento bien por eso e decidido que ya no me represente en mi caso. cuando la corte me iso dismissed el count Two (2) el abogado nunca me notifico ni reciui ninguna notificacion de la corte. yo pido ala corte que me ayude con un abogado publico Para que me den la oportunidad de poner una motion para la redoccion de tiempo del count two (2) que se iso dismissed. Porfabor. Para que se me aga una redoccion de Sentencia. tambien quiero decir que el 3 de marzo mande ala corte la motion For Reduction of sentence, Pursuant To Title 18 u.s.c. § 3582 (c) (2) And U.S.S.G § 1B1.10 y asta orita no e reciuido ninguna notificacion de la corte. aqui la buelbo a mandar de nuevo.

#2 Junto con la copia donde se iso dismissed el count (s) Two (2) of the second superseding indictment. tambien quiero comentar que e pasado mi GED e hecho mas de 40 programas. ahora mismo voy a trabajar en unicor y estoy enrolado en los programas que ofrese la Prición Honorable Juez e cambiado mi vida yo no me considero un Peligro para la sociedad tengo Familia que me espera en casa hoy en dia mis Pensamientos son muy diferentes a cuando era Joven solo quiero vivir una vida normal Junto a mi familia quiero trabajar legalmente como cualquier ciudadano tengo 6 hijos que estan en el colegio y me siento muy orgulloso de ellos y de mi porque apesar que estoy preso desde aqui e estado pendiente de sus estudios y los e sacado adelante. Alexia ya se gradua este año de Doctora Ariadne esta estudiando para enfermera Rodolfo y Ricardo estan en el colegio nadia esta en el colegio Isabella esta en la Secundaria todos ellos muy buenos Jovenes.

#3    Honorable Juez Kathleen cardone yo le Pido una oportunidad Para Poder estar Pronto con mis hijos yo me comprometo nunca mas bolver ala prición por ningun delito mas Porfabor Pido una oportunidad todo este tiempo de 15 años de estar Preso me e portado bien, en el pasado agarre unas diciplinas Por Parte de la institucion Pero nada grave aqui mando copia de mis acciones disiplinarias. yo no estoy escondiendo nada Por eso le mando copia de 6 acción disiplinarias y explico lo de cada diciplina o castigo.

el 07-18-2012 hise refusin a un trabajo Pero Pronto consegui un nuevo trabajo me querian a obligar a trabajar donde no me gustaba.

el 10-02-2012 me encontraron en la celda en la mesa una navaja de resurar con dos palillos de madera Para las paletas de Hielo era Para aser rosarios y Pulceras para mi familia no era para nada malo.

#4 el 05-20-2014 me encontraba en una area no autorizada Pero yo no me avia dado cuenta.

el 03-10-2015 hise una llamada para ayudaile aun amigo aque le pagaran un dinero de un rancho.

el 01-27-2023 me encontraron en mi laker 2 cables para cargar mi mp3 y mi tableta.

Por todo esto asepto totalmente mi responcibilidad.

Pero hoy me porto bien y quiero salir y estar unicamente con mi esposa e hijos.

muchas gracias

Att: José Rodolfo
Escajeda.

#5

tambien quiero decir que e sido elegible Para agarrar todos los creditos de cada Programa que ofrese la pricion.

e sido elegible Para el FTC hoy en dia.

tambien quiero decir que ya cumpli con los Pagos de la multa que me puso la corte.

Assmt $100.00   Pagado
Fine   $10,000.00  Pagado

AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### EL PASO DIVISION

UNITED STATES OF AMERICA

v.

Case Number   EP-06-CR-2507-KC (2)
USM Number   69445-280

Jose Rodolfo Escajeda TN: JOSE RODOLFO ESCAJEDA-ESCAJEDA, aka: Riquin, Siete

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, Jose Rodolfo Escajeda TN: JOSE RODOLFO ESCAJEDA-ESCAJEDA, aka: Riquin,, Siete was represented by Francisco F. Macias.

On motion by the United States, the Court has dismissed Count(s) Two (2) of the Second Superseding Indictment.

The defendant pled guilty to Count(s) One (1) of the Second Superseding Indictment on December 20, 2011. Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Count(s) |
|---|---|---|---|
| 21 U.S.C 952, 960, & 963 | Conspiracy to import 1000 kilograms or more of marijuana | September 4, 2009 | One (1) |

As pronounced on March 1, 2012, the defendant is sentenced as provided in pages 2 through 8 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the ___6th___ day of March, 2012.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

```
VIM89           *        INMATE DISCIPLINE DATA        *    04-16-2024
PAGE 001 OF 001 * CHRONOLOGICAL DISCIPLINARY LOG (CONDENSED) *   14:09:27

REGISTER NO: 69445-280 NAME..: ESCAJEDA, JOSE RODOLFO
FUNCTION...: PRT        FORMAT: CONDENSED LIMIT TO ___ MOS PRIOR TO 04-16-2024

HEARING DT REPORT# PROHIBITED ACT / DESCRIPTION      SANCTION(STATUS) COMP LAW
---------- ------- --- ----------------------------- ----------------  ---- ---
01-27-2023 3723781 305 POSSESSING UNAUTHORIZED ITEM   LP VISIT

03-10-2015 2685874 101AASSAULTING WITH SERIOUS INJURY DIS GCT            010  P
                                                      DS
                                                      LP PHONE
                                                      LP·VISIT
                   197 PHONE ABUSE, CRIMINAL          DIS GCT            010  P
                                                      DS
                                                      LP PHONE

05-20-2014 2584145 316 BEING IN UNAUTHORIZED AREA     LP COMM   (SUSP)

10-02-2012 2354190 104 POSSESSING A DANGEROUS WEAPON  DIS GCT            010  P
                                                      DS
                                                      LP COMM
                                                      LP PHONE

07-18-2012 2328069 306 REFUSING WORK/PGM ASSIGNMENT   LP COMM
```

 **Individualized Needs Plan - Program Review    (Inmate Copy)**     SEQUENCE: 01746782
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: ESCAJEDA, JOSE RODOLFO  69445-280      Team Date: 02-03-2023

| | | |
|---|---|---|
| Facility: | PHX PHOENIX FCI | Proj. Rel. Date: 10-09-2039 |
| Name: | ESCAJEDA, JOSE RODOLFO | Proj. Rel. Mthd: GOOD CONDUCT TIME |
| Register No.: | **69445-280** | DNA Status: PHX05686 / 06-29-2012 |
| Age: | 46 | |
| Date of Birth: | 01-27-1977 | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| ICE | REENTRY OF REMOVED ALIEN<br>INS # 075784238<br>NO HEARING SITE REQUIRED PER ICE |

## Pending Charges

| |
|---|
| ICE - Detainer |

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | UNASSGN | UNASSIGNED | 01-23-2023 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | ESL HAS | ENGLISH PROFICIENT | 09-03-2013 |
| PHX | GED XN | EXEMPT GED NON-PROMOTABLE | 08-07-2012 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| PHX | C | DRAWING CLASS | 08-05-2022 | 09-30-2022 |
| PHX | C | WORLD HISTORY | 03-15-2022 | 05-10-2022 |
| PHX | C | ATHLETES & HEALTHY HEARTS-FCI | 01-25-2022 | 03-22-2022 |
| PHX | C | FCI CARDIO ENDURANCE | 01-25-2022 | 03-22-2022 |
| PHX | C | FCI FITNESS ASSESSMENT | 01-25-2022 | 03-22-2022 |
| PHX | C | STRETCHING SELF STUDY(FCI) | 07-12-2021 | 09-12-2021 |
| PHX | C | EXERCISE & MENTAL HEALTH(FCI) | 07-06-2021 | 09-06-2021 |
| PHX | C | MUSCULAR FLEXIBILITY SELF STUD | 04-12-2021 | 06-07-2021 |
| PHX | C | FCI CARDIO ENDURANCE | 02-22-2021 | 03-01-2021 |
| PHX | C | FCI FITNESS ASSESSMENT | 02-01-2021 | 02-15-2021 |
| PHX | C | WEIGHT MANAGEMENT | 10-08-2019 | 12-05-2019 |
| PHX | C | RECREATION AIDE | 09-09-2019 | 11-05-2019 |
| PHX | C | HOUSE KEEPER APPRENTICESHIP | 01-01-2019 | 07-01-2019 |
| PHX | C | BASIC GRAMMAR 2 | 04-08-2019 | 06-14-2019 |
| PHX | C | BASIC GRAMMAR | 04-08-2019 | 06-14-2019 |
| PHX | C | ADVANCED LEATHER - FCI CLASS | 04-06-2019 | 05-04-2019 |
| PHX | C | BASIC CARPENTRY | 01-01-2019 | 03-05-2019 |
| PHX | C | BEGINNING BEADING CLASS | 10-21-2018 | 12-09-2018 |
| PHX | C | BUILDING TRADES 3TIMES A WK | 09-05-2018 | 12-03-2018 |
| PHX | C | CERAMIC CLASS | 07-22-2018 | 09-09-2018 |
| PHX | W | GED SPANISH 2PM RESTO | 09-16-2016 | 07-11-2018 |
| PHX | C | NUTRITION WELLNESS | 03-03-2018 | 04-21-2018 |
| PHX | C | AIRBRUSH CLASS | 10-10-2017 | 11-27-2017 |
| PHX | C | DIABETES WELLNESS CLASS | 08-07-2017 | 09-29-2017 |
| PHX | C | PREVENTION OF BACK PAIN | 04-12-2017 | 05-31-2017 |
| PHX | C | FOOD HANDLERS TRAINING | 01-30-2017 | 03-31-2017 |
| PHX | W | CARD DESIGN CLASS | 08-08-2016 | 10-31-2016 |
| PHX | C | LEATHER SHOP FCI | 06-11-2016 | 08-06-2016 |
| PHX | W | SPANISH OFFICIAL GED REMEDIALS | 01-20-2015 | 09-30-2015 |
| PHX | W | GED 9:30 AM MR. RESTO | 11-25-2013 | 01-20-2015 |
| PHX | C | PLUMBING TUES-FRI 12:30-3:00 | 01-22-2014 | 03-20-2014 |
| PHX | C | ELEC TUES-FRI 12:30-3:00 | 10-07-2013 | 12-23-2013 |



| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| PHX | C | STRUCTURED EX 4XWK PM | 09-30-2013 | 11-22-2013 |
| PHX | C | ESL MON THRU FRI 7:15-9:30 | 01-31-2013 | 09-03-2013 |
| PHX | C | RPP/1 - AIDS AWARENESS | 07-26-2012 | 07-26-2012 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|
| 01-27-2023 | 305 : POSSESSING UNAUTHORIZED ITEM |

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 07-10-2012 |
| CARE2 | STABLE, CHRONIC CARE | 08-22-2012 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-QUAR | COVID-19 QUARANTINED | 08-04-2021 |
| C19-RCVRD | COVID-19 RECOVERED | 01-05-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 06-03-2014 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 07-11-2012 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-11-2012 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED COMP | DRUG EDUCATION COMPLETE | 09-26-2013 |
| NR COMP | NRES DRUG TMT/COMPLETE | 12-10-2013 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:**   **COMPLT**   **FINANC RESP-COMPLETED**   **Start: 12-21-2020**

Inmate Decision:   **AGREED**   **$50.00**   Frequency: **MONTHLY**

Payments past 6 months:   **$0.00**   Obligation Balance: **($50.00)**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |
| 2 | FINE | $10,000.00 | ($50.00) | IMMEDIATE | COMPLETEDN |
| | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | |

## FRP Deposits

Trust Fund Deposits - Past 6 months:   $2,232.80      Payments commensurate ?    Y

New Payment Plan:    ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC INELIG | FTC-INELIGIBLE-REVIEWED | 12-18-2019 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 02-02-2023 |
| N-ANTISO Y | NEED - ANTISOCIAL PEERS YES | 02-02-2023 |
| N-COGNTV Y | NEED - COGNITIONS YES | 02-02-2023 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 05-30-2021 |
| N-EDUC Y | NEED - EDUCATION YES | 02-02-2023 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 02-02-2023 |
| N-FM/PAR N | NEED - FAMILY/PARENTING NO | 02-02-2023 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 02-02-2023 |
| N-MEDICL Y | NEED - MEDICAL YES | 02-02-2023 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 02-02-2023 |
| N-SUB AB Y | NEED - SUBSTANCE ABUSE YES | 02-02-2023 |
| N-TRAUMA N | NEED - TRAUMA NO | 02-02-2023 |



# Individualized Needs Plan - Program Review   (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: ESCAJEDA, JOSE RODOLFO  69445-280

| Assignment | Description | Start |
|---|---|---|
| N-WORK Y | NEED - WORK YES | 02-02-2023 |
| R-LW | LOW RISK RECIDIVISM LEVEL | 08-09-2022 |

## Progress since last review

He has not maintained clear conduct. He secured a work detail from 11-21-22 through 01-23-22. He completed the Resolve Program and Drawing course. He is on the Basic Cognitive Skills waiting list.

## Next Program Review Goals

Maintain clear conduct and secure a work detail.  Enroll in one recreational or adult continuing educational course. Inmate Escajeda, you have been identified to have a need in Antisocial, Cognitions, Education, Medical, Substance Abuse, Trauma, and Work area based on your Risk and Needs Assessment. Therefore, you are encouraged to complete Living A Healthy With Chronic Conditions course as offered by the Recreation Department in order to address this need.

## Long Term Goals

In order to address your Risks and Needs Assessment participate and obtain GED by 02/2025.

## RRC/HC Placement

No.
Criminal alien releasing to custody of ICE.

## Comments

Treaty Transfer: Eligible and not interested.
Next Team: 08-01-2023
Current points: 17 pts.
Next points update: 12/2023


|  |  |  |  |
|---|---|---|---|
| Name: | ESCAJEDA, JOSE RODOLFO | DNA Status: | PHX05686 / 06-29-2012 |
| Register No.: | **69445-280** |  |  |
| Age: | 46 |  |  |
| Date of Birth: | 01-27-1977 |  |  |

Inmate   (ESCAJEDA, JOSE RODOLFO. Register No.: 69445-280)

Date

Unit Manager / Chairperson

Case Manager

Date

Date



José Escajeda.
#69445-280
FCI victorville medium 1
P.O. Box 3725
Adelanto, CA 92301

**FILED**

MAY 0 3 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

LEGAL maiL