Case 3:06-cr-02507-KC    Document 354    Filed 07/17/24    Page 1 of 1

AO 247 (Rev. 03/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| United States of America )<br>v. )<br>Jose Rodolfo Escajeda )<br>TN: Jose Rodolfo Escajeda-Escajeda )<br> )<br>Date of Original Judgment: 03/06/2012 )<br>Date of Previous Amended Judgment: _____ )<br>*(Use Date of Last Amended Judgment if Any)* | Case No: 0542 3:06CR02507-002<br>USM No: 69445-280<br><br>Edgar Holguin<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated    03/06/2012    shall remain in effect.
**IT IS SO ORDERED**.

Order Date: July 17, 2024

*Judge's signature*

Effective Date: _____
*(if different from order date)*

Kathleen Cardone, U.S. District Judge
*Printed name and title*