JOSE RODOLFO ESCAJEDA
REG. NO. 69445-280
FCI THOMSON
FEDERAL CORR. INSTITUTION
PO BOX 1002
THOMSON, IL 61285

April 21, 2026

FILED

APR 24 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

Clerk of Court
U.S. District Court
Western District of Texas
El Paso Division
525 Magoffin Avenue, Suite 105
El Paso, Texas 79901

      RE:   *Escajeda v. United States*
             Crim No. 3:06-cr-02507-KC-2

To the Clerk of Court:

Enclosed please find and accept for filing Movant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) and First Step Act of 2018. Please submit this document to the Court.

Thank you for your assistance in this matter.

                  Sincerely,

                  José Rodolfo Escajeda
                  JOSE RODOLFO ESCAJEDA
                  Appearing *Pro Se*

*Encl. as noted*