**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CAUSE NO. EP-06-CR-2507-KC-2** |
| **v.** | § | |
| | § | |
| **JOSE RODOLFO ESCAJEDA** | § | |
| | § | |
| **Defendant.** | § | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582 (c)(1)(A) AND THE FIRST STEP ACT OF 2018.**

On April 24, 2026, Jose Rodolfo Escajeda, (ESCAJEDA) filed the instant Motion For Compassionate Release Pursuant to 18 U.S.C. § 3582 (c)(1)(A), and the First Step Act 2018 (ECF. 366).[1]  The United States respectfully opposes this motion and now requests that the Court grant this Motion for Extension of time to respond and would show the court the following.

The Government's substantive response is due on May 5, 2022.  The undersigned counsel has requested documentation needed to address ESCAJEDA's motion from the BOP facility and anticipates certain delays associated with the review for these and other related documents, which tend to be voluminous.  The information is necessary to reconcile and respond to the ESCAJEDA's contentions considering the extensive offense conduct from his conviction for 21 U.S.C. § 952, 960, and 963, as well as previous motions filed.   In order to review the documents and respond to the Defendant's motion the Government requests the response date be extended to close of business on May16, 2022.

---

[1] ESCAJEDA has previously filed multiple motions seeking a sentence reduction pursuant to 18 U.S.C. § 3582 (c)(1)(A), which this Court denied; (ECF 319), (ECF 327), (ECF 345) and (ECF 355).

The request for extension of time is not made for the purpose of unnecessary delay or prejudice, but solely so that justice may be done in this case.  Wherefore premises considered the Government respectfully prays that this Motion for Extension of Time be granted.

Respectfully submitted,

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY


By:      ____/s/_____
Jose Luis Acosta
Assistant U.S. Attorney
Texas Bar # 00783508
700 E. San Antonio, Suite 200
El Paso, Texas 79901
(915) 534-6884


## CERTIFICATE OF SERVICE

I hereby certify that on this the 28th day of April 2026, a copy of the foregoing motion was mailed by the United States Postal Service to the following non-CM/ECF participant:  Jose Rodolfo Escajeda, BOP # 69445-280, Federal Correction Institution, P.O. Box 1002, Thomson Il. 61285-1002..