**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP:06-CR-2507(2)-KC** |
| | § | |
| **JOSE RODOLFO ESCAJEDA** | § | |

### ORDER DENYING MOTION FOR COMPASSIONATE RELEASE

Jose Rodolfo Escajeda ("Escajeda"), Register Number 69445-280, has filed a second Motion to Reduce Sentence with this Court. ("Motion") ECF No. 366. Escajeda is serving a 420-month sentence for conspiracy to import 1000 kilograms or more of marijuana. J. Crim. Case, ECF No. 206. He is currently housed at Thomson FCI. His projected release date is October 9, 2039. *See* www.bop.gov/inmateloc (search for Reg. No.69445-280), last visited July 31, 2026

Escajeda asserts that he has extraordinary and compelling reasons in support of compassionate release as envisioned by the First Step Act. He states that a reduction in his sentence is consistent with the goals of 18 U.S.C. §3553(a)(1) and that he poses no danger to society. ECF 366, p 32. He attaches documents showing his rehabilitative efforts, his prison conduct and his age. And, in his Reply to Government's Response he asserts that this Court should assess his request based on present-day circumstances including that he is now deemed a low security risk and is being housed at a low security institution. (ECF No. 371 ) To this response, he attaches a number of documents dating from approximately 2013 to 2024.

It is this Court's opinion that nothing has changed to merit a sentence reduction in this case. The nature, circumstances, and seriousness of Escajeda's offense remain unchanged. The Court has considered Escajeda's background, personal history and individual characteristics. The

Court finds that Compassionate Release is not warranted in this case.  His motion will accordingly not be granted.

## CONCLUSION AND ORDER

Therefore, after due consideration, Court concludes that Escajeda has not met his burden of showing that he qualifies for compassionate release 18 U.S.C. § 3582(c)(1)(A) due to extraordinary and compelling reasons.  Accordingly, Escajeda's Motion (ECF No. 366) is **DENIED**.

**SO ORDERED.**

**SIGNED this 31st  day of July, 2026.**

_____
KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE